# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2006

131464 & (55)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE SAMUEL JOHN CAMP, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                          SC: 131464
                                          COA: 265301
                                          Macomb CC
                                          Family Division: 2005-058728-NA

MAYSSON JOHN,
      Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2006

_____
Clerk

s0725